JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| B FIVE CORP., a California corporation; ARIS SARIGIANIDES, an individual; DIMITRIOS YORTZIDES, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN ECONOMY INSURANCE COMPANY, a corporation; ~~SAFECO INSURANCE COMPANY (OF AMERICA), a Washington corporation~~, <br><br> Defendants. <br> _____ | Case No. CV 08-03246 DDP (CTx) <br><br> **ORDER OF DISMISSAL** |

THE COURT having been notified of settlement of this matter by counsel,

THE COURT ORDERS that this action be, and hereby is, dismissed with prejudice.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: October 23, 2009

_____
DEAN D. PREGERSON
United States District Judge